Honorable Robert J. Bryan

1

2

3

4

5

6

7
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
8
AT TACOMA

9
LON BLATTEAU,

10
           Plaintiff,

No. 3:13-cv-06080-RJB

11
  v.

COMBINED JOINT STATUS REPORT
AND DISCOVERY PLAN
12

13
RELIASEARCH, INC. and EMPIRE
TODAY, LLC,
14

           Defendants.
15

16
       Pursuant to the Court's December 30, 2013, order, counsel for the parties conferred on

17
March 17, 2014, regarding the subjects covered by FRCP 26(f), Local Civil Rule 26(f), and

18
the Court's order.  This constitutes the parties' joint report.

19
       **1.**    **Nature and Complexity of the Case.**  This case arises out of a consumer

20
report that Empire Today, LLC ("Today") purchased from Reliasearch, Inc. ("Reliasearch")

21
for employment purposes regarding plaintiff Lon Blatteau.  Mr. Blatteau has asserted several

22
violations of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681–1681x, against defendants

23
Today and Reliasearch.  Those claims are denied, and Defendant Today asserts that the proper

24
defendant herein is its subsidiary Today's Sales, LLC. The defendants have not asserted any

25
counterclaims.  None of the parties consider this case to be complex.

26

COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN
(No. 3:13-cv-06080-RJB) - 1

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

2.      **Proposed Deadline to Join Additional Parties.** June 29, 2014.

3.      **Consent to Assignment to the Honorable Karen L. Strombom.** No.

4.      **Proposed Discovery Plan Pursuant to FRCP 26(f)(3).** The parties propose the following discovery plan:

A.      **Initial Disclosures.** The FRCP 26(a)(1) initial disclosures took place on March 24, 2014.

B.      **Subjects, Timing, and Potential Phasing of Discovery.** Discovery should not be conducted in phases or be subject to special time limits other than those stated herein or found in the Federal Rules of Civil Procedure. It is anticipated that discovery may be needed as the following subject areas: Mr. Blatteau's outstanding arrest warrant; the conduct of the defendants in relation to the reporting of Mr. Blatteau's public records and the status of his relationship with Today's Sales; and Mr. Blatteau's claimed damages. The parties have not yet determined if any expert opinions will be necessary, though the defendants anticipate they may call expert(s) in the efficacy of open arrest warrants under California law and Washington law.

C.      **Electronically Stored Information.** The parties do not anticipate that discovery will involve voluminous electronic documents or data. The parties agree, however, to produce ESI in electronic format as PDFs initially, and as need is demonstrated, by native files.

D.      **Privilege Issues.** The parties do not anticipate any unusual privilege issues.

E.      **Proposed Limitations on Discovery.** At this time, the parties do not believe any limitations on discovery are necessary beyond those included the Federal Rules of Civil Procedure, except that the Model Agreement Regarding Discovery of ESI has been modified downward in scope in proportion with the value of this case.

COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN
(No. 3:13-cv-06080-RJB) - 2

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

  **F.**  **Need for Any Discovery Related Orders.** At this time, the parties are not aware of a need for any discovery related orders, except the Model Agreement Regarding Discovery of ESI.

  **5.**  Pursuant to Local Civil Rule 26(f)(1), the parties provide the following:

  **A.**  **Prompt Case Resolution.** The parties agree that it is in the best interest of all to promptly resolve this case.

  **B.**  **Alternative Dispute Resolution.** The parties agree that it would be appropriate to use a private mediator.

  **C.**  **Related Cases.** The parties do not know of any related cases.

  **D.**  **Discovery Management.** The parties intend to conduct discovery in an efficient manner pursuant to the Federal Rules of Civil Procedure.

  **E.**  **Anticipated Discovery Sought.** The parties anticipate exchanging interrogatories and requests for production, followed by 3-to-5 fact witness depositions. Once the parties have conducted some factual discovery, the parties will determine if any additional expert opinions are necessary.

  **F.**  **Phasing Motions.** The parties do not anticipate any need to phase motion practice.

  **G.**  **Preservation of Discoverable Information.** All parties have been counseled to retain any potentially discoverable information.

  **H.**  **Privilege Issues.** The parties do not anticipate any unusual privilege issues.

  **I.**  **Model Protocol for Discovery of ESI.** The parties do not anticipate that discovery will involve significant amounts of ESI. To the extent that discovery involves ESI, the parties agree to the attached agreement regarding discovery of ESI, which is a modified version of the Model Agreement Regarding Discovery of ESI.

COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN
(No. 3:13-cv-06080-RJB) - 3

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

J.   **Alternatives to Model Protocol.**   The parties intend to follow the attached agreement regarding discovery of ESI.

6.   **Discovery Completion.**   All discovery is expected to be completed by November 28, 2014.

7.   **Bifurcation.**   The parties do not anticipate a need for bifurcation.

8.   **Pretrial Statements and Order.**   The parties do not recommend dispensing with the pretrial statements or the pretrial order called for by Local Civil Rules 16(e), (h), (i), and (k) or 16.1.

9.   **Individualized Trial Program or ADR Pursuant to Local Civil Rule 39.1.** The plaintiff does not consent to participate in the Individualized Trial Program.  The parties believe the case would benefit from early mediation and request an ADR mediation pursuant to LCR 39.1(c) with a mediation deadline of July 15, 2014.

10.   **Other Suggestions.**   The parties do not have any suggestions for shortening or simplifying the case other than those stated herein or found in the Federal Rules of Civil Procedure.

11.   **Trial Date.**   Trial date of March 23, 2015, is proposed.

12.   **Jury Trial.**   Trial will be by jury.

13.   **Trial Days.**   The parties anticipate three days will be needed for trial.

14.   **Trial Counsel Contact Information.**

*Attorneys for Mr. Blatteau*
    Gregory Gorski
    Francis & Mailman, P.C.
    Land Title Building 19th Floor
    100 South Broad Street
    Philadelphia, PA  19110
    Telephone: (215) 735-8600

COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN
(No. 3:13-cv-06080-RJB) - 4

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

Christopher E. Green
Attorney at Law
601 Union Street, Suite 4285
Seattle, WA  98101
Telephone: (206) 686-4558

*Attorney for defendant Today*
Barry Alan Johnsrud
Jackson Lewis
520 Pike Street, Suite 2300
Seattle, WA  98101
Telephone: (206) 405-0404

*Attorneys for defendant Reliasearch*
David M. Schoeggl
Nikki C. Carsley
Mills Meyers Swartling P.S.
1000 Second Avenue, 30th Floor
Seattle, WA  98104
Telephone: (206) 382-1000

15.　**Scheduling Conflicts.**  Defendant Today's counsel has another matter set for five days in King County Superior Court on April 15, 2015, and another in the Eastern District of Washington beginning on June 1, 2015 (four to five days).  Defendant Reliasearch's counsel has another trial set in the Western District of Washington on April 6, 2015 (five days).  Trial counsel are not aware of any other complications to be considered in setting a trial date provided the trial is completed by May 15, 2015.

16.　**Service of Process.**  All of the defendants have been served.

17.　**Scheduling Conference.**  No party requests a scheduling conference before the Court enters a scheduling order.

18.　**Corporate Disclosure Statement Filing Dates.**  Pursuant to FRCP 7.1 and Local Civil Rule 7.1, the defendants filed their corporate disclosure statements on the following dates:

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1

Reliasearch:      February 11, 2014

2

Today:            February 28, 2014

3

4

DATED: March 31, 2014.

5

6

CHRISTOPHER E. GREEN                    MILLS MEYERS SWARTLING P.S.
Attorney for Plaintiff Lon Blatteau     Attorney for Defendant Reliasearch, Inc.

7

8

By:    /s/Christopher E. Green E-mail Authority    By:    /s/David M. Schoeggl

9

       Christopher E. Green, WSBA 19410                   David M. Schoeggl, WSBA No. 13638

10

       Attorney at Law                                    Nikki C. Carsley, WSBA No. 46650
       601 Union Street, Suite 4285                       Mills Meyers Swartling P.S.

11

       Seattle, WA  98101                                 1000 Second Avenue, 30th Floor
       Telephone: 206-686-4558                            Seattle, WA  98104

12

       Fax: 206-686-2558                                  Telephone: 206-382-1000
       E-mail: chris@myfaircredit.com                     Fax: 206-386-7343

13

                                                          E-mail: dschoeggl@millsmeyers.com

14

FRANCIS & MAILMAN, P.C.                 JACKSON LEWIS P.C.
Attorney for Plaintiff Lon Blatteau     Attorney for Empire Today, LLC

15

16

17

By:    /s/Gregory Gorski E-mail Authority    By:    /s/Barry Johnsrud E-mail Authority

18

       Gregory Gorski, admitted PHV                Barry Johnsrud, WSBA No. 21952
       Francis & Mailman, P.C.                      Jackson Lewis

19

       Land Title Building 19th Floor               520 Pike Street, Suite 2300
       100 South Broad Street                       Seattle, WA  98101

20

       Philadelphia, PA  19110                      Telephone: 206-405-0404
       Telephone: 215-735-8600                      Fax: 206-405-4450

21

       Fax: 215-940-8000                            E-mail: johnsrudb@jacksonlewis.com
       E-mail: ggorski@consumerlawfirm.com

22

23

24

25

26

COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN
(No. 3:13-cv-06080-RJB) - 6

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Gregory Gorski, ggorski@consumerlawfirm.com

Christopher Green, chris@myfaircredit.com, margaret@myfaircredit.com

Barry A. Johnsrud, johnsrudb@jacksonlewis.com, SeattleDocketing@jacksonlewis.com, foltzl@jacksonlewis.com

Dated March 31, 2014.

Legal Assistant

COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN
(No. 3:13-cv-06080-RJB) - 7

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343