Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LON BLATTEAU,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RELIASEARCH, INC. and EMPIRE TODAY, LLC,<br><br>　　　　　　　Defendants. | No. 3:13-cv-06080-BJR<br><br>STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE<br><br>NOTED FOR HEARING:<br>THURSDAY, AUGUST 7, 2014 |

　　　　It is hereby stipulated among all parties who have appeared that this action should be dismissed with prejudice and without an award of costs or fees to any party.

//
//
//
//
//
//

STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE
(No. 3:13-cv-06080-BJR) - 1

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

DATED: August 7, 2014.

| FRANCIS & MAILMAN, P.C. | MILLS MEYERS SWARTLING P.S. |
|---|---|
| Attorney for Plaintiff Lon Blatteau | Attorneys for Defendant Reliasearch, Inc. |

By:  s/Gregory Gorski per email approval
Gregory Gorski, admitted PHV
ggorski@consumerlawfirm.com
Francis & Mailman, P.C.
Land Title Building 19th Floor
100 South Broad Street
Philadelphia, PA  19110
Telephone: 215-735-8600
Fax: 215-940-8000

By:  s/Nikki C. Carsley
Bruce Winchell, WSBA No. 14582
bwinchell@millsmeyers.com
Nikki C. Carsley, WSBA No. 45560
ncarsley@millsmeyers.com
Mills Meyers Swartling P.S.
1000 Second Avenue, 30th Floor
Seattle, WA  98104
Telephone: 206-382-1000
Fax: 206-386-7343

JACKSON LEWIS P.C.
Attorney for Empire Today, LLC

By:  s/Berry Johnsrud per email approval
Barry Johnsrud, WSBA No. 21952
johnsrudb@jacksonlewis.com
Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, WA  98101
Telephone: 206-405-0404
Fax: 206-405-4450

STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE
(No. 3:13-cv-06080-BJR) - 2

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Gregory Gorski, ggorski@consumerlawfirm.com

Christopher Green, chris@myfaircredit.com, margaret@myfaircredit.com

Barry A. Johnsrud, johnsrudb@jacksonlewis.com, SeattleDocketing@jacksonlewis.com, foltzl@jacksonlewis.com

Dated August 7, 2014.

_____
Anna Armitage

STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE
(No. 3:13-cv-06080-BJR) - 3

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343